UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Tornike Barbakadze,

                         Petitioner,

        - against -

Bryan Flanagan, in his official
capacity as Acting Field Office
Director of New York, Immigration
and Customs Enforcement, et al.

                        Respondent.

25-cv-10182 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The parties are directed to appear, by phone, for a conference in connection with the petitioner's petition for a writ of habeas corpus on **Wednesday, December 10, 2025,** at **4:00 p.m.**

Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated:    New York, New York
          December 10, 2025

                                John G. Koeltl
                      United States District Judge