UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TORNIKE BARBAKADZE,
                Petitioner,        25-cv-10182 (JGK)

    - against -                       ORDER

BRYAN FLANAGAN, ET AL.,
                Respondents.

JOHN G. KOELTL, District Judge:

    As discussed in the telephone conference held on December 10, 2025, the respondents shall submit their response to the petitioner's habeas corpus petition, ECF No.1, by **December 15, 2025**. The petitioner shall reply by **December 17, 2025**.

SO ORDERED.
Dated:    New York, New York
           December 11, 2025

                                          John G. Koeltl
                              United States District Judge